## UNITED STATES DISTRICT COURT
## SOUTERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| NANCY BEISE, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **Cause No. 1:23-cv-1284** |
| | ) |
| NEW PAL HARDWARE, | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Nancy Beise ("Beise"), brings claims against Defendant, New Pal Hardware ("Defendant"), and states as follows:

## OVERVIEW

1.     This Complaint arises under Title VII of the Civil Rights Act of 1964.  Beise contends that she was harassed because of her gender and retaliated against after she engaged in protected activity challenging the hostile work environment.

## PARTIES

2.     Beise is an individual who, at all relevant times, worked in New Palestine, Indiana.  Beise was an employee as defined by 42 U.S.C. 2000e(f).

3.     Defendant owns and operates a hardware store in New Palestine, Indiana. Defendant is an employer as defined by 42 U.S.C. 2000e(b).

## JURISDICTION

4.    This Court has jurisdiction over Defendant pursuant to 42 U.S.C. 2000e-5(f)(3) and 2U.S.C. 28 U.S.C. §1331.

## VENUE

5.    Venue is appropriate in the Southern District of Indiana pursuant to 28 U.S.C. § 1391 as all the events arose in the Southern District of Indiana in Hancock County.

## FACTS

6.    Defendant hired Beise to be a sales associate in December 2021.

7.    Rob Walker owns Defendant.  He hired Beise, and Beise reported to him.

8.    Linda Walker was an Manager employed by Defendant.

9.    It was well known that Linda harassed and harangued female employees.

10.    Linda began harassing Beise shortly after she was hired.  Beise complained repeatedly to Manager Tony Price.  Price promised to talk to Rob to try and resolve the issue. Moreover, Price told Beise that he took complaints of her mistreatment to Rob on his own initiative.

11.    Despite her complaints and Price's efforts, Linda continued to harass Beise because of her gender, female.

12.    In late March or early April, Rob confronted Linda.  He told her that she should not drive Beise away like Linda had other women.

13.    On May 27, 2022, Rob called a meeting to again discuss Linda's mistreatment of Beise.

14.    On June 4, 2022, Beise was injured at work and went off on worker's compensation leave.

15.    In late August and/or early September, Beise attempted to return to work.  Rob gave her an assortment of explanations as to why she could not come back.  Ultimately, Rob admitted that he would not bring Beise back because of the 'drama' between her and Linda.

16.    In December Beise sought to obtain a reference from Rob to assist her in getting other employment.  Rob told Beise she did not want that and suggested he would say very negative things about her.

17.    Beise has suffered financial harm as a result of Defendant's conduct.

## LEGAL COUNTS

### COUNT 1: RETALIATION

18.    Beise incorporates paragraphs 1 – 17 herein.

19.    Beise opposed what she reasonably believed was sexual harassment, which opposition constitute protected conduct under the law.

20.    Defendant refused to reinstate Beise after a workplace injury and threatened to blacklist her if she did not put the hardware store behind her.

21.    Beise was harmed by Defendant's unlawful willful and/or reckless conduct.  Defendant violated Section 1981.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court to find in her favor and award her the following relief:

a.    An Order awarding Plaintiff lost income and other damages, including compensatory damages, as provided for by federal law;

b.    An Order awarding Plaintiff punitive damages as provided for by federal law;

c.    An Order awarding Plaintiff the costs of this action;

d.      An Order awarding Plaintiff her attorney's fees;

e.      An Order granting such other and further relief as may be necessary and

appropriate.

Respectfully submitted,

s/ Christopher S. Wolcott
Christopher S. Wolcott (#23259-32)
The Wolcott Law Firm LLC
450 East 96th Street, Ste 500
Indianapolis, IN  46240
Tel: (317) 500-0700
Fax: (317) 732-1196
E-Mail:  indy2buck@hotmail.com

Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

Plaintiff, by counsel, demands a trial by jury on all issues deemed so triable.

Respectfully submitted,

/s/ Christopher S. Wolcott
Christopher S. Wolcott (#23259-32)
The Wolcott Law Firm LLC
450 East 96th Street, Ste 500
Indianapolis, IN  46240
Tel: (317) 500-0700
Fax: (317) 732-1196
E-Mail:  indy2buck@hotmail.com

Attorney for Plaintiff